UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| TULSEE NATHU, DAXA "MINA" PATEL; JAYANTI NATHU, II RAM 6801 I-40 WEST, AMARILLO, TX, LTD.; AND 1000 RAM INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No. 4:20-cv-05242-SBA<br><br>*Assigned for All Purposes to the Honorable Saundra B. Armstrong*<br><br>**ORDER RE JOINT STIPULATION EXTENDING PAGE LIMIT FOR SUMMARY JUDGEMENT AND OPPOSITION**<br><br>Action Filed: July 30, 2020 |

Based on the Stipulation of the parties, and good cause having been shown, the Court hereby ORDERS that

1. Defendant's Motion for Summary Judgment shall not exceed thirty-five (35) pages in length.

2. Plaintiffs' Opposition Brief shall not exceed thirty-five (35) pages in length.

DATED: 3/28/2022      *[signature]*      RS

Richard Seeborg for Saunda B. Armstrong
UNITED STATED DISTRICT JUDGE

- 1 -

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland