1  J. Leah Castella (SBN 205990)
   E-mail: lcastella@bwslaw.com
2  Kevin D. Siegel (SBN 194787)
   E-mail: ksiegel@bwslaw.com
3  Charles H. Abbott III (SBN 227488)
   E-mail: cabbott@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
5  Oakland, CA  94612-3501
   Tel: 510.273.8780    Fax: 510.839.9104
6
   Barbara J. Parker, City Attorney (SBN 069722)
7  Maria Bee, Chief Assistant City Attorney (SBN 167716)
   Selia M. Warren, Deputy City Attorney (SBN 233877)
8  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
9  Tel: 510.238.6524; Fax: 510.238.6500
   E-mail: swarren@oaklandcityattorney.org
10
   Attorneys for Defendant
11 CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TULSEE NATHU, DAXA "MINA" PATEL; JAYANTI NATHU, II RAM 6801 I-40 WEST, AMARILLO, TX, LTD.; AND 1000 RAM INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No. 4:20-CV-05242-SBA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER as modified** |

On behalf of Plaintiffs, Tulsee Nathu et al., and Defendant, the City of Oakland, the parties' counsel stipulates and moves to modify the scheduling order.

///

///

///

## I. DISCOVERY COMPLETED TO DATE

1. The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

2. The parties have served and responded to written discovery;

3. The parties have served subpoenas duces tecum to third-party witnesses.

4. The parties have deposed percipient witnesses and noticed additional depositions of other percipient witnesses and persons most knowledgeable; and

5. The parties have served affirmative expert disclosures.

## II. DISCOVERY TO BE COMPLETED

1. Depositions of fact witnesses; and

2. Depositions of expert witnesses.

## III. REASONS THAT THE PARTIES REQUEST AN EXTENSION

The parties request a short extension of time given an unforeseen medical issue to the Plaintiffs' counsel. As the parties neared completion of fact discovery and prepared for summary judgment, Plaintiff's counsel suffered a heart attack and required emergency surgery. To allow for counsel to recuperate, the parties stipulate to a 60-day extension of all future deadlines. While this is the second extension of time, counsel's medical condition warrants a short extension to allow him to recover without prejudice.

All parties agree to extend the deadlines, as outlined below. If this extension is granted, all anticipated discovery and motion practice should be concluded within the stipulated extended deadline. The parties state this request for an extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

## IV. PROPOSED DEADLINES

| | |
|---|---|
| Amend Pleadings | Closed |
| Fact Discovery Cut-off | Closed, except for depositions noticed and document requests served before the cut-off |
| Expert Disclosures | Closed |
| Rebuttal Expert Disclosures | Closed |

| | | |
|---|---|---|
| 1 | Close of Expert Discovery | July 8, 2022 |
| 2 | Last day to hear Dispositive Motions | August 10, 2022 |
| 3 | Pretrial Preparation Filings | September 14, 2022 |
| 4 | Motions in Limine | September 28, 2022 |
| 5 | Objections to Evidence | September 28, 2022 |
| 6 | Oppositions to Motions in Limine | October 5, 2022 |
| 7 | Responses to Objections to Evidence | October 5, 2022 |
| 8 | Replies for Motions in Limine | October 12, 2022 |
| 9 | Pretrial Conference | November 2, 2022 |
| 10 | Trial Begins | November 14, 2022 |

IT IS SO STIPULATED.

Dated: March \_\_\_\_, 2022      MULLIN HOARD & BROWN, LLP

By: _____
John M. Brown
Richard Biggs
Attorneys for Plaintiffs
TULSEE NATHU, DAXA "MINA" PATEL; JAYANTI NATHU, II RAM 6801 I-40 WEST, AMARILLO, TX, LTD.; AND 1000 RAM INC

Dated: March 31, 2022      BURKE, WILLIAMS & SORENSEN, LLP

BY: _____
J. Leah Castella
Charles H. Abbott
Attorneys for Defendant
CITY OF OAKLAND

**ORDER** as modifed

Upon review of the Parties' Stipulation, the Court finds good cause to modify the pretrial deadlines. The Court vacates the prior Scheduling Order and sets the following schedule:

| | |
|---|---|
| Amend Pleadings | Closed |
| Fact Discovery Cut-off | Closed, except for depositions noticed and document requests served before the cut-off |
| Expert Disclosures | Closed |
| Rebuttal Expert Disclosures | Closed |
| Close of Expert Discovery | July 8, 2022 |
| Last day to hear Dispositive Motions | August 10, 2022 |
| Pretrial Preparation Filings | September 14, 2022 |
| Motions in Limine | September 28, 2022 |
| Objections to Evidence | September 28, 2022 |
| Oppositions to Motions in Limine | October 5, 2022 |
| Responses to Objections to Evidence | October 5, 2022 |
| Replies for Motions in Limine | October 12, 2022 |
| Pretrial Conference | November 9, 2022 |
| Trial Begins | November 14, 2022 |

IT IS SO ORDERED.

DATED: April 18, 2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
U.S. District Judge