UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TULSEE NATHU, et al., | Case No. 20-cv-05242-SBA (LB) |
| Plaintiffs, | **ORDER ADDRESSING DISCOVERY DISPUTE; NOTICE OF DISCOVERY PROCEDURES** |
| v. | |
| CITY OF OAKLAND, | Re: ECF No. 62 |
| Defendant. | |

The district judge referred the plaintiff's motion to quash to the undersigned.[1] The court denies the motion without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

---

[1] Mot. – ECF No. 62; Order of Reference – ECF No. 63. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 20-cv-05242-SBA (LB)

1
2   **IT IS SO ORDERED.**
3   Dated: June 17, 2022
4                                                             _____
5                                                             LAUREL BEELER
    United States Magistrate Judge
6
7
8
...
28