**MULLIN HOARD & BROWN, L.L.P.**

John M. Brown, California Bar 87985
jmb@mhba.com
David Mullin, Pro Hac Vice
dmullin@mhba.com
Richard Biggs, Pro Hac Vice
rbiggs@mhba.com
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

**GEONETTA & FRUCHT, LLP**
Frederick Geonetta, SBN #114824
fred@geonetta-frucht.com
Kenneth Frucht, SBN #178881
ken@geonetta-frucht.com
825 Washington Street, Suite 220
Oakland, CA 94607
Telephone:  (510) 254-3777
Facsimile: (510) 356-2633

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TULSEE NATHU, DAXA "MINA" PATEL; JAYANTI NATHU, II RAM 6801 I-40 WEST, AMARILLO, TX, LTD; AND 1000 RAM INC.,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND,<br>           Defendant. | Case No.: 4:20-CV-05242-SBA<br>**UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE TO AND HEARING ON MOTION FOR SUMMARY JUDGMENT; ORDER AS MODIFIED** |

To the Honorable Court:

Plaintiffs Tulsee Nathu et al move, unopposed, for an extension of time to file their opposition to, and hold the hearing on, Defendants' Motion for Summary Judgment, and respectfully show as follows:

# I.
# REQUEST TO EXTEND DEADLINES

Very early in this matter, counsel to this matter recognized that this multifaceted, complex dispute would require extensive briefing and argument to resolve. Thus, for example, Counsel jointly stipulated that the page limits to summary judgment motions would be waived due to the "complex and novel legal issues and different legal standards related to Plaintiffs' Petition for a Writ of Mandate and claims alleging violations of the U.S. Constitution." Doc. 57.

On July 6, 2022, the Defendant City of Oakland ("Oakland") filed its motion for summary judgment. Its 30-page motion contains hundreds of pages of exhibits, deposition testimony, and other evidence which Oakland contends supports its motion. Counsel for Plaintiffs require additional time to respond to the motion and its voluminous supporting evidence, and request a two-week extension of the deadline so that their response deadline will fall on August 3, 2022, with Defendant's Reply to be filed on August. Defendant does not oppose this request, thus there is no prejudice to any party in granting the request, and only prejudice to the Plaintiffs if it is denied.

Additionally, David Mullin, lead attorney for Plaintiffs, will be arguing the motion for summary judgment. He is currently scheduled to be travelling on the East Coast on August 10, and will be unavailable to attend the summary judgment hearing as scheduled. Unfortunately, Mr. Mullin is presently set for a four-week arbitration to begin on September 12, 2022. Mr. Mullin requests that the hearing be continued until either the October hearing date or, alternatively, be set sometime at the Court's convenience between August 22 through August 24, 2022 or August 30-31.[1]

---

[1] Counsel for Oakland is has represented that they are unavailable from August 25-29.

Unopposed Motion to Extend Time for Response to and Hearing on Motion for Summary Judgment    2

On June 24, 2022, the Parties to this case entered a stipulation seeking to extend the deadlines in this matter and this Court has not issued an order related to the stipulation. Doc. 66. Previously, the parties to this action sought and were granted a continuance due to a medical emergency by Plaintiff's counsel (Doc. 57) and for Defendant to conduct discovery (Doc. 56).

The request by Plaintiffs would not significantly deviate this matter's schedule from what was proposed by the Party's stipulation of June 24, and is made in order to adequately brief the issues before the Court and to allow Plaintiffs' lead counsel to attend the hearing on Defendant's Motion for Summary Judgment.

If this extension is granted, all anticipated discovery and motion practice should be concluded within the extended deadline. This request for an extension of discovery and briefing deadlines is made by the Plaintiffs in good faith and not for the purpose of delay. Further, Oakland is unopposed to the deadline modifications as outlined below.

## II. PROPOSED DEADLINES

| | |
|---|---|
| Amend Pleadings | Closed |
| Fact Discovery | Cut-off Closed, except for depositions noticed and document requests served before the cut-off |
| Expert Disclosures | Closed |
| Rebuttal Expert Disclosures | Closed |
| Close of Expert Discovery | Closed |
| Response to Motion for Summary Judgment | August 3, 2022 |

| | |
|---|---|
| Reply in Support of Motion for Summary Judgment | August 17, 2022 |
| Date to hear Dispositive Motions | To be set by the Court |
| Pretrial Preparation Filings | October 12, 2022 |
| Motions in Limine | October 26, 2022 |
| Objections to Evidence | October 26, 2022 |
| Oppositions to Motions in Limine | November 2, 2022 |
| Responses to Objections to Evidence | November 2, 2022 |
| Replies for Motions in Limine | November 9, 2022 |
| Pretrial Conference | November 16, 2022 |
| Trial Begins | December 5, 2022 |

//

//

//

//

//

//

## CONCLUSION

For all the forgoing reasons, and any reasons as may be adduced during a hearing of this motion, Plaintiff believes that good cause is shown and that the forgoing request for an extended schedule, or such schedule as the Court finds acceptable should be granted.

Date: July 18, 2022

**MULLIN HOARD & BROWN, L.L.P.**

500 South Taylor, Suite 800
Amarillo, Texas 79120-1656

By:   /s/ *John M. Brown*
      John M. Brown
      David Mullin
      Richard Biggs

**PROOF OF SERVICE**
*Tulsee Nathu, et al. vs. City of Oakland, et al.*
**United States District Court Case No. 4:20-cv-05242**

I am a resident of the State of Texas, over the age of eighteen years, and not a party to the within action. My business address is 500 S. Taylor, Suite #800, Amarillo, Texas 79101. On the date set forth below, I served the within documents:

**PLAINTIFFS' MOTION TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY JUDGMENT; DECLARATION OF RICHARD BIGGS IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND TIME FOR HEARING ON MOTION FOR SUMMARY JUDGMENT**

☒ **By** transmitting via e-mail or electronic transmission the document(s) listed above the person(s) at the e-mail address set forth below.

    Selia M. Warren
    swarren@oaklandcityattorney.org
    CITY OF OAKLAND
    Attorney for Defendant

    Kevin D. Siegel
    ksiegel@bwslaw.com
    J. Leah Castella
    lcastella@bwslaw.com
    Charles H. Abbott III
    cabbott@bwslaw.com

    BURKE, WILLIAMS & SORENSEN, LLP
    Attorneys for Defendant

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the above is true and correct.

Executed on July 18, 2022 in Amarillo, Texas.

By:    /s/ *John M. Brown*
       John M. Brown

**DECLARATION OF RICHARD BIGGS**

1. I am an attorney licensed in Texas and New Mexico, and competent to make this affidavit. I represent the Plaintiffs in the action *Nathu et al v. City of Oakland*, Cause No. 4:20-CV-05242-SBA in the Northern District of California.

2. David Mullin is the lead attorney on this matter, and has informed me that he is unavailable to appear at the August 10, 2022 hearing of this matter due to pre-existing commitments ongoing in and around New Jersey.

3. Mr. Mullin requests an alternative hearing date so that he may attend and argue Plaintiffs' Response to Defendant's Motion for Summary Judgment.

4. Additionally, due to the complexity of Defendant's Motion for Summary Judgment, Plaintiffs request additional time to respond (and for Defendant to reply) to Defendant's Motion.

I declare upon penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct and that this declaration is executed on this 18th day of July 2022, at Oakland, California.

/s/     Richard Biggs<br>Richard Biggs

Date:  July 18, 2022

**ORDER AS MODIFIED**

Upon review of the Plaintiff's Motion, the Court finds good cause to modify the pretrial deadlines. The Court vacates the prior Scheduling Order and sets the following schedule:

| | |
|---|---|
| Amend Pleadings | Closed |
| Fact Discovery Cut-off | Closed, except for depositions noticed and document requests served before the cut-off |
| Expert Disclosures | Closed |
| Rebuttal Expert Disclosures | Closed |
| Close of Expert Discovery | Closed, except for two depositions during the week of June 27, 2022 |
| Last day to hear Dispositive Motions | October 12, 2022 at 2:00 p.m. |
| Pretrial Preparation Filings | October 12, 2022 |
| Motions in Limine | October 26, 2022 |
| Objections to Evidence | October 26, 2022 |
| Oppositions to Motions in Limine | November 2, 2022 |
| Responses to Objections to Evidence | November 2, 2022 |
| Replies for Motions in Limine | November 9, 2022 |
| Pretrial Conference | November 16, 2022 at 2:00 p.m. |
| Trial Begins | December 5, 2022 at 10:00 a.m. |

IT IS SO ORDERED.

DATED: July 26, 2022

_Saundra B. Armstrong_  RS
Richard Seeborg for Saundra B. Armstrong
U.S. District Judge