UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TULSEE NATHU, et al.,

Plaintiffs,

v.

CITY OF OAKLAND,

Defendant.

Case No. 20-cv-05242-JSC

**JUDGMENT**

The Court having granted Defendant's Motion for Summary Judgment by Order filed December 14, 2022, enters judgment in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 14, 2022

JACQUELINE SCOTT CORLEY
United States District Judge